## CHAS. C. DIAMOND v. STATE.

No. A-8810. June 7, 1935.
Rehearing Denied June 28, 1935.
(46 Pac. [2d] 918.)

Orr & Woodford, for plaintiff in error.

J. Berry King, Atty. Gen., and Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM. This is a companion case to No. A-8809, 57 Okla. Cr. 214, 46 Pac. (2d) 966, just decided, involving the same defendant and the same charge except for a different transaction. The same questions are raised, and plaintiff in error's brief differing from that filed in A-8809 only in referring to page numbers of the record; the state's brief setting up no additional matter and referring to its former brief.

Under the rule there laid down, the case is affirmed.